*[handwritten:]* Kimberly Dennie
24455 Hemlock Ave
Moreno Valley, CA 92557
Room #321    951-703-8990

# EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
## AND PRELIMINARY INJUNCTION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**RIVERSIDE DIVISION**

---

**KIMBERLY DENNIE (NALI ASHA),**
*on behalf of herself, her disabled minor child,*
*and THE REMATRIATED NATION,*

*Plaintiff,*

**v.** **Case No.:** _____**

*[handwritten:]* EDCV25-01957-SB(JPR)

**CITY OF MORENO VALLEY; MELVIN SPARKS,**
*in his individual and official capacity;*
**MORENO VALLEY ANIMAL CONTROL;**
**JANE DOE DISTRICT MANAGER;**
**JOHN DOE HEARING OFFICER;**
*and DOES 1-20,*

*Defendants.*

*[stamp:]*
FILED
CLERK, U.S. DISTRICT COURT
JUL 29 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

N/S

---

## EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

**TO THE HONORABLE COURT:**

Plaintiff **KIMBERLY DENNIE (NALI ASHA)**, pro se, respectfully moves this Court for emergency relief pursuant to Fed. R. Civ. P. 65, requesting a Temporary Restraining Order and Preliminary Injunction to halt Defendants' ongoing systematic civil rights violations against Plaintiff's vulnerable homeless family with disabled children.

---

## I. EMERGENCY NATURE OF RELIEF REQUESTED

**IMMEDIATE IRREPARABLE HARM:**
1. **Ongoing targeting** of homeless family with disabled child over animal that veterinary professionals confirmed is healthy

2. **Systematic false statements** by multiple government officials to justify continued harassment
3. **Denial of due process** through predetermined hearing outcomes and procedural violations
4. **ADA violations** against disabled child's documented comfort animal
5. **Religious freedom violations** against federally protected tribal spiritual companions
6. **Medical emergencies** caused by government targeting (hospitalized family member due to self-harm)

**TIMELINE OF EMERGENCY:**
- **July 28, 2025, 3:15 PM:** Scheduled hearing
- **July 28, 2025, 3:20-3:25 PM:** Plaintiff arrived 5-10 minutes late due to traffic
- **July 28, 2025, 3:25 PM:** Hearing officer had already left, denying due process
- **July 28, 2025, 3:30-4:00 PM:** District Manager made contradictory false statements proving systematic lies

---

## II. STATEMENT OF FACTS

### **A. VETERINARY EVIDENCE DESTROYS DEFENDANTS' CASE**

1. **Professional veterinary examination conducted July 24, 2025** by licensed veterinarian stated: **"CONGRATULATIONS! Your pet's health appears to be normal in ALL of the following areas:"**
   - Coat/Skin: NORMAL
   - Eyes: NORMAL
   - Ears: NORMAL
   - Lungs: NORMAL
   - Heart: NORMAL
   - Abdomen: NORMAL
   - Rectum/Perineum: NORMAL
   - Musculoskeletal: NORMAL
   - Behavioral: NORMAL

2. **Only recommendation:** Routine preventive dental care (NOT emergency requiring seizure)

3. **Expert veterinary sources confirm** visible ribs in Huskies are normal breed characteristics

### **B. SYSTEMATIC FALSE STATEMENTS BY DEFENDANTS**

**1. Officer Melvin Sparks' Admitted False Statements:**
- **FALSE CLAIM:** "Called several times on Monday"

- **PROOF:** Complete call log shows NO calls from Officer Sparks
- **SPARKS' ADMISSION:** Petitioner had "no way to possibly know it was him calling"
- **RESULT:** Officer used his own admitted false statements to justify 48-hour notice

**2. District Manager's Real-Time Contradictory Lies (July 28, 2025):**
- **3:25 PM STATEMENT:** "Hearing officer left after 5 minutes" (meaning 3:20 PM)
- **3:40+ PM STATEMENT:** "Hearing officer said he'll send you letter tomorrow"
- **IMPOSSIBLE TIMELINE:** Cannot have left at 3:20 PM and given instructions at 3:40+ PM
- **PROVES:** Systematic lying to cover up due process violations

### **C. PREDETERMINED DENIAL OF DUE PROCESS**

1. **"Judge sided with them"** - District Manager's admission of predetermined outcome
2. **Hearing officer left after 5 minutes** without allowing Plaintiff to present evidence
3. **Ex parte communication** between hearing officer and animal control before hearing
4. **Refusal to reschedule** despite minor 5-10 minute delay due to traffic
5. **Systematic targeting** rather than genuine animal welfare concern

### **D. ADA VIOLATIONS AGAINST DISABLED CHILD**

1. **Documented comfort animal** for Plaintiff's disabled minor child
2. **District Manager's nervous reaction** when told about disabled child proves consciousness of ADA violation
3. **Willful continuation** of targeting after ADA notice
4. **Forced family crisis** preventing care for disabled child

### **E. RELIGIOUS FREEDOM VIOLATIONS**

1. **Federally protected tribal spiritual companions** under Religious Freedom Restoration Act
2. **The Rematriated Nation** (EIN: 39-3063048) formal jurisdiction notice
3. **Forced violation** of sacred environmental beliefs
4. **Tribal sovereignty** over spiritual animal guardianship

### **F. MEDICAL EMERGENCIES CAUSED BY TARGETING**

1. **Disabled niece hospitalized July 27, 2025** for "complicated laceration of arm" due to self-harm
2. **Official hospital documentation** from Redlands Community Hospital
3. **Direct causation:** Plaintiff could not provide mental health support due to forced legal defense preparation
4. **Ongoing family destruction** from systematic government harassment

---

## III. LEGAL STANDARD FOR EMERGENCY RELIEF

Under **Winter v. Natural Resources Defense Council**, 555 U.S. 7 (2008), a plaintiff seeking a temporary restraining order must establish:

1. **Likelihood of success on the merits**
2. **Irreparable injury** absent injunctive relief
3. **Balance of equities** favors plaintiff
4. **Public interest** supports relief

**Plaintiff meets ALL requirements.**

---

## IV. LIKELIHOOD OF SUCCESS ON THE MERITS

### **A. 42 U.S.C. § 1983 Civil Rights Violations**

**CLEARLY ESTABLISHED RIGHTS VIOLATED:**

**1. Due Process (14th Amendment):**
- Predetermined hearing outcome without evidence consideration
- Ex parte communications between adjudicator and enforcement
- Denial of fair hearing over minor delay
- False statements to justify continued targeting

**2. Equal Protection (14th Amendment):**
- Targeting vulnerable homeless family with disabled children
- No legitimate government interest in seizing healthy animal
- Pretextual enforcement over routine veterinary recommendations

**3. Fourth Amendment (Unreasonable Seizure):**
- No probable cause of actual neglect or abuse
- Veterinary evidence proves no emergency existed
- Body condition reflects normal breed characteristics

**4. Americans with Disabilities Act:**
- Willful interference with disabled child's comfort animal
- Denial of reasonable accommodations
- Consciousness of violation proved by nervous reaction

**5. Religious Freedom Restoration Act:**
- Substantial burden on sincere religious exercise
- No compelling government interest
- Least restrictive means not employed

### **B. State Law Claims**

- **Intentional Infliction of Emotional Distress**
- **Negligent Infliction of Emotional Distress**
- **False Imprisonment** (threatened seizure without cause)
- **Interference with Family Relations**

---

## V. IRREPARABLE INJURY

### **ONGOING CONSTITUTIONAL HARM:**

1. **Daily threat of seizure** over healthy animal creates constant fear
2. **Family medical emergencies** continue due to stress and targeting
3. **Disabled child's comfort animal** remains threatened
4. **Tribal religious practices** under systematic attack
5. **Economic harm** from lost work defending frivolous charges
6. **Housing insecurity** for vulnerable homeless family

### **INJURIES THAT CANNOT BE REMEDIED BY DAMAGES:**

- Constitutional violations against vulnerable family
- Interference with sacred tribal relationships
- Disruption of disabled child's therapeutic animal bond
- Medical emergencies requiring immediate family support
- Ongoing government harassment and false statements

---

## VI. BALANCE OF EQUITIES AND PUBLIC INTEREST

### **EQUITIES STRONGLY FAVOR PLAINTIFF:**

**PLAINTIFF'S INTERESTS:**
- Fundamental constitutional rights
- Protection of disabled child
- Religious freedom and tribal sovereignty
- Family stability during medical crisis
- Care of healthy animal confirmed by veterinary professional

**DEFENDANTS' INTERESTS:**
- None - veterinary evidence proves no animal welfare concern
- False statements cannot create legitimate government interest
- Predetermined outcomes violate judicial integrity

- Systematic targeting of vulnerable families serves no public purpose

### **PUBLIC INTEREST SUPPORTS RELIEF:**

- **Protection of constitutional rights** for all vulnerable families
- **Prevention of government abuse** through false statements
- **Enforcement of ADA protections** for disabled children
- **Respect for tribal sovereignty** and religious freedom
- **Judicial integrity** requires fair hearings, not predetermined outcomes

---

## VII. PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully requests this Honorable Court:

### **IMMEDIATE TEMPORARY RESTRAINING ORDER:**

1. **RESTRAIN AND ENJOIN** Defendants from seizing, threatening to seize, or interfering with Plaintiff's animals, particularly the disabled child's comfort animal

2. **RESTRAIN AND ENJOIN** Defendants from any contact with Plaintiff's family except through court-supervised process with constitutional protections

3. **ORDER** Defendants to cease all enforcement actions pending fair hearing with due process protections

### **PRELIMINARY INJUNCTION:**

4. **ENJOIN** Defendants from enforcement of seizure proceedings without:
   - Independent veterinary examination by breed specialist
   - Constitutional due process protections
   - Recognition of tribal jurisdiction and religious protections
   - ADA accommodations for disabled child's comfort animal

5. **ORDER** Defendants to provide fair hearing with:
   - Neutral hearing officer (not predetermined outcome)
   - Reasonable scheduling accommodations
   - Right to present all evidence and constitutional defenses
   - Written findings based on evidence, not false statements

### **PERMANENT RELIEF:**

6. **DECLARE** Defendants' actions violated Plaintiff's constitutional rights under 42 U.S.C. § 1983

7. **AWARD** monetary damages for:
   - Constitutional violations
   - Medical emergencies caused by targeting
   - Economic losses from frivolous enforcement
   - Pain and suffering of vulnerable family

8. **AWARD** attorney's fees and costs under 42 U.S.C. § 1988

9. **ORDER** training for Defendants on constitutional rights of vulnerable families, ADA protections, and tribal sovereignty

10. **REFER** Officer Sparks and District Manager for investigation of false official statements

---

## VIII. SUPPORTING EVIDENCE

**PLAINTIFF SUBMITS THE FOLLOWING EXHIBITS:**

- **Exhibit A:** Veterinary examination confirming normal health in all areas
- **Exhibit B:** Complete call log disproving Officer Sparks' false statements
- **Exhibit C:** Hospital documentation of family medical emergency
- **Exhibit D:** Expert breed information confirming normal Husky characteristics
- **Exhibit E:** Tribal jurisdiction notice and religious freedom documentation
- **Exhibit F:** Timeline documentation of District Manager's contradictory statements
- **Exhibit G:** ADA comfort animal documentation for disabled child

---

## IX. CONCLUSION

Defendants have systematically violated every fundamental constitutional protection through false statements, predetermined outcomes, and targeting of a vulnerable homeless family with disabled children over an animal that veterinary professionals confirmed is fundamentally healthy.

**The evidence is overwhelming:**
- Licensed veterinarian **CONGRATULATED** Plaintiff on animal's health
- Officer Sparks **ADMITTED** his contact claims were false
- District Manager **CAUGHT IN REAL-TIME LIE** about hearing officer's whereabouts
- **NO EMERGENCY** ever existed requiring seizure
- **SYSTEMATIC TARGETING** of vulnerable family continues

**Emergency relief is required immediately** to stop ongoing constitutional violations and prevent further medical emergencies in this vulnerable family.

**Respectfully Submitted,**

**KIMBERLY DENNIE (NALI ASHA)**
Chief Steward of Ancestral Restoration
The Rematriated Nation
Pro Se Plaintiff

**Address:** [Your current address/hotel]
**Phone:** [Your phone number]
**Email:** [Your email if available]

---

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Emergency Motion for Temporary Restraining Order was served upon all parties by the following method(s):

☐ Hand delivery
☐ U.S. Mail, postage prepaid
☐ Electronic mail
☐ Other: _____

**Date:** 7/29/2025

**KIMBERLY DENNIE (NALI ASHA)**













9:03

Friday, Jul 18 • 8:35 AM

RCS chat with (951) 897-7045

Hello Kimberly,
This is Field Services
Supervisor Melvin
Sparks III.
I have done some more
research and
contacted the sheriffs.
They advised for them
to investigate your
claims please call them
at 9517761099 to file a
complaint so they can
investigate

RCS message



9:04

(951) 897-7045

Tuesday • 4:40 PM

Oh ok

Because we need to talk today

Wednesday • 7:55 AM

How are you going to come there and then give me a timeline to call you and you didn't even make yourself available for me to talk now I don't want to hear no lies saying you couldn't get a hold of

RCS message



9:04

(951) 897-7045

Wednesday • 7:55 AM

How are you going to come there and then give me a timeline to call you and you didn't even make yourself available for me to talk now I don't want to hear no lies saying you couldn't get a hold of me because you never called back or your supervisor

Wednesday • 10:04 AM

RCS message








9:04

(951) 897-7045

Wednesday • 10:04 AM

I am actually more hurt
than upset I am only
upset because how
you went about it you
could have called me
we were in
communication it took
nothing for you to call
me but instead gave a
letter and told them
that I haven't reached
out to you which was
not true yes I was so
busy mag money for

RCS message 



9:04 ✕ ☁ 🎙 🌐 •                    5G⁵ʷ 🔋

← 👤  (951) 897-7045              📞   ⋮

busy making money for
my room for Tuesday I
was so tired I was
going to call you
Tuesday when I got my
first break to apologize
for not contacting you
Monday and arrange
something but you
went to the hotel the
way you did I didn't
appreciate that I didn't
deserve that was nice
to you maybe a little
irritated with the

↓

⊕  RCS message      😊  🖼    ılıl







9:04 📱 • 5G

← (951) 897-7045 📞 ⋮

communication it took nothing for you to call me but instead gave a letter and told them that I haven't reached out to you which was not true yes I was so busy making money for my room for Tuesday I was so tired I was going to call you Tuesday when I got my first break to apologize for not contacting you Monday and arrange something but you

RCS message    

9:05

(951) 897-7045

for not contacting you Monday and arrange something but you went to the hotel the way you did I didn't appreciate that I didn't deserve that was nice to you maybe a little irritated with the situation with them at the hotel but I wasn't rude to you but I don't like how you are doing things

Wednes... 2:10 PM

RCS message



9:04

(951) 897-7045

Tuesday • 2:31 PM

Texting with (951) 897-7045 (SMS/MMS)

Hello Kimberly,
I will call you back
when I am back from a
meeting. My supervisor
and I are out at
mandatory meeting.

RCS chat with (951) 897-7045

Tuesday • 4:40 PM

Oh ok

Because we need to
talk today

Wedne.          :55 AM

RCS message

9:03  𝕏 ☁ 🐦 🌙 •                    📶 5G⁺ 🔋

← 👤 (951) 897-7045                   📞  ⋮

research and
contacted the sheriffs.
They advised for them
to investigate your
claims please call them
at 9517761099 to file a
complaint so they can
investigate.
I was not allowed to file
on your behalf. If you
need anything else
please let me know.

Sorry, from Moreno
Valley Animal Services

↓

Tuesday  12:43 PM

⊕  RCS message      ☺  🖼  ᯼



9:05 ⤬ ☁ 🐝 🌐 •          5G 📶 🔋

← 🧑 (951) 897-7045          📞  ⋮

Wednesday • 2:10 PM

↗ Mon 2:42 PM

(909) 361-2104 🆔
↗ California • Mon 2:37 PM          📞

Bro Shawn 😜 🆔
↗ Mobile • Mon 2:31 PM          📞

My Dad 🆔
↗ Mobile • Mon 2:18 PM          📞

+1 760-894-5229 🆔
↗ California • Mon 1:14 PM          📞

USA Checks Cashed & Payday Advance
↗ San Bernardino, CA • Mon 11:27 AM          📞

Cashback Loans 🆔
↗ California • Mon 11:22 AM          📞

Cashback Loans | San Bernardino ⊘
↙ Spam • Mon 10:47 AM          📞

+1 916-800-1098
+1 267-291-0814 🆔
↗ Pennsylvania • Mon 5:59 PM          📞

+1 760-894-5237 🆔
↗ California • Mon 4:58 PM          📞

+1 951-713-4 ↓ 🆔
↙ California • Mon 4:41 PM          📞

RCS message      😊  🖼️  ılı



9:05  X ☁ 🐾 🌙  •                              📶 5G⁺ 🔋

←  🔴  (951) 897-7045                    📞    ⋮

+1 267-291-0814  🆔
↗ Pennsylvania • Mon 5:59 PM                          📞

+1 760-894-5237  🆔
↗ California • Mon 4:58 PM                            📞

+1 951-713-4782  ⊘ 🆔
↙ California • Mon 4:41 PM                            📞

Inland Housing Solutions, formerly I...  🆔
↗ California • Mon 4:14 PM                      Uber →

IEHP Community Wellness Center  🆔
↗ Mon 2:42 PM                                         📞

(909) 361-2104  🆔
↗ California • Mon 2:37 PM                            📞

Bro Shawn 😜  🆔
↗ Mobile • Mon 2:31 PM                               📞

My Dad  🆔
↗ Mobile • Mon 2:18 PM                               📞

Wednesday • 9:53 PM

This is what I promised
I would send from our
conversation earlier I

⊕  RCS message



9:06  •

(951) 897-7045

Wednesday • 9:53 PM

This is what I promised I would send from our conversation earlier I would wait for you call in the morning


Tribal_Rebuttal_Notice_Animal_Control.p...
3.71 kB

Thursday • 6:21 AM

Good morning that was only because I told you I was to appeal it that's all this was

Good morni ↓

 RCS message   



9:06

(951) 897-7045

Good morning that was only because I told you I was to appeal it that's all this was

Good morning,
On the back of your copy should be a declaration of the ownership or the right to keep the animal(s). Do you have that filled out and signed?

I see your email. Thank you

RCS message

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice:  07-07-2025

Employer Identification Number:
39-3063048

Form:  SS-4

Number of this notice:  CP 575 E

REMATRIATED NATION
% REMATRIATED NATION
1157 H ST
SAN BERNARDINO, CA  92410

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


                    WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

        Thank you for applying for an Employer Identification Number (EIN).  We assigned
    you EIN 39-3063048.  This EIN will identify your entity, accounts, tax returns, tax
    returns, and documents, even if you have no employees.  Please keep this notice in your
    permanent records.

        Taxpayers request an EIN for business and tax purposes. Some taxpayers receive CP575
    notices when another person has stolen their identity and are operating using their
    information. If you did **not** apply for this EIN, please contact us at the phone number
    or address listed on the top of this notice.

        When filing tax documents, making payments, or replying to any related correspondence,
    it is very important that you use your EIN and complete name and address exactly as shown
    above. Any variation may cause a delay in processing, result in incorrect information in
    your account, or even cause you to be assigned more than one EIN. If the information is
    not correct as shown above, please make the correction using the attached tear-off stub
    and return it to us.

        When you submitted your application for an EIN, you checked the box indicating
    you are a non-profit organization.  Assigning an EIN does not grant tax-exempt status
    to non-profit organizations.  Publication 557, Tax-Exempt Status for Your
    organization, has details on the application process, as well as information on
    returns you may need to file.  To apply for recognition of tax-exempt status,
    organizations must complete an application on one of the following forms: Form 1023,
    Application for Recognition of Exemption Under Section 501(c)(3) of the Internal Revenue
    Code; Form 1023-EZ, Streamlined Application for Recognition of Exemption Under Section
    501(c)(3) of the Internal Revenue Code; Form 1024, Application for Recognition Under
    Section 501(a); or Form 1024-A, Application for Recognition of Exemption Under Section
    501(c)(4) of the Internal Revenue Code.

        Nearly all organizations claiming tax-exempt status must file a Form 990-series
    annual information return (Form 990, 990-EZ, or 990-PF) or notice (Form 990-N)
    beginning with the year they legally form, even if they have not yet applied for or
    received recognition of tax-exempt status.

        If you become tax-exempt, you will lose tax-exempt status if you fail to file a
    required return or notice for three consecutive years, unless a filing exception applies
    to you (search www.irs.gov for Annual Exempt Organization Return: Who Must File). We start
    calculating this three-year period from the tax year we assigned the EIN to you.  If that
    first tax year isn't a full twelve months, you're still responsible for submitting a
    return for that year.  If you didn't legally form in the same tax year in which you
    obtained your EIN, contact us at the phone number or address listed at the top of this
    letter. For the most current information on your filing requirements and other important
    information, visit www.irs.gov/charities.

SOCIAL SECURITY ADMINISTRATION

Date: June 23, 2025
BNC#: 25BC252J89450
REF: DC


KIMBERLY R DENNIE
FOR KALIYAH KAMORA WAITHE
340 W CAROLINE CT
ONTARIO CA 91762-1336


You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.

Information About Supplemental Security Income Payments

    Beginning January 2025, the current
    Supplemental Security Income payment is...............$ 1064.27

    This payment amount may change from month to month if income or
    living situation changes.

    Supplemental Security Income Payments are paid the month they are due. (For
    example, Supplemental Security Income Payments for March are paid in March.)


Type of Supplemental Security Income Payment Information

    You are entitled to monthly payments as a disabled child.

SUSPECT SOCIAL SECURITY FRAUD?

 Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud
 Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

IF YOU HAVE QUESTIONS

Need more help?

    1. Visit www.ssa.gov for fast, simple, and secure online service.
    2. Call us at 1-800-772-1213, weekdays from 8:00 am to 7:00 pm. If you
       are deaf or hard of hearing, call TTY 1-800-325-0778. Please mention
       this letter when you call.
    3. You may also call your local office at 866-331-2216.

        SOCIAL SECURITY
        1100 E HOLT BLVD
        ONTARIO, CA 91761


**Redlands**
**Community**
**Hospital**
Caring for Generations

Page 1 of 1

| | |
|---|---|
| Patient: | Starniyha Howard |
| Acct Num: | RC3100413644 |
| Med Rec Num: | MR01106317 |
| Location: | Emergency Department |
| Primary Provider: | Lee,Brandon K. |
| Date: | 07/27/25 |

## Patient Visit Information

### You were seen today for:

Laceration
Laceration of arm, left, complicated

### Activity Restrictions or Additional Instructions:

Return if you develop any signs of infection.  Follow-up with your primary care doctor within the next 1 week for recheck.

### Follow-Ups:

Starniyha Howard has been referred to the following clinics/specialists for follow-up care:

**1. Miguel A. Martinez , M.D. (Referring)  Date:**
1300 E. Cooley Dr.
Colton, CA  92324
370-4100

### Additional Documents Given:

Discharge Report



Redlands
Community
Hospital
Caring for Generations

Page 1 of 1

Patient:  Starniyha Howard
Acct Num:  RC3100413644
Med Rec Num:  MR01106317
Location:  Emergency Department
Primary Provider:  Lee,Brandon K.
Date:  07/27/25

## Portal/Health Info Access Instructions

Your health information can be accessed through our patient portal.  From this website you can see details related to your visit such as discharge instructions, lab results, care team members and future appointments.  To begin the enrollment process, please go to this web address: https://rchportal.meditech.cloud

To complete the process some information will be required and must match what is on file:
Name: Howard,Starniyha
DOB: 09/12/2001
Email:

Your health information may also be accessed through an application such as those used on a smartphone.  Depending on the chosen application, you may be able to access information such as medications, allergies or lab results.  If you are interested in using an application, please contact 909-335-5602

**Redlands
Community
Hospital**
Caring for Generations

**Discharge Report**

Page: 1 of 1
Date: 07/27/25 19:55

No records found.

Kimberly  Dennie
7488 Yellow Jasmine Dr
Highland, CA  923463862
Cell Phone: (951) 703-8990
kimdennie83@outlook.com

 **Banfield**
PET HOSPITAL

Client ID # ONT0EP3

**Invoice # 173032**

**Thursday, July 24, 2025**

Banfield Pet Hospital
4120-B E 4th St,
Ontario, CA 91764-1764
(909) 980-3842

---

## ENTER FOR A CHANCE TO WIN $2,000!
La encuesta también está disponible en Español.
**Tell us about your experience today. Go to www.Banfield-Listens.com to complete**
a short survey, enter for a chance to win a quarterly $2,000 prize.
(NO PURCHASE NECESSARY. See official rules at
https://www.banfield.com/-/media/project/banfield/main/en/banfield_info/pdf/2024-Banfield-Offical-Client-Sweepstakes-Rules.pdf).

**Use this Survey Code and share your feedback with us: 1738-0724-2500-1730-3200**

---

| | Quantity | Regular Fee | Your Fee |
|---|---|---|---|
| **Nyla** | | | |
| **Thursday, July 24, 2025** | | | |
| Office Visit | 1.00 | 86.95 | 86.95 |
| Physical Exam: First Pet | 1.00 | | |
| Subtotal: | | $86.95 | $86.95 |
| | | | |
| Free Exam & Consultation for New Clients | 1.00 | -86.95 | -86.95 |

| | Regular Fee | Your Fee |
|---|---|---|
| **Total:** | $0.00 | $0.00 |

| Payments Received | Date | Method of Payment | Amount |
|---|---|---|---|
| | 7/24/2025 | Cash | $0.00 |

**Next appointment information**

| Pet Name | Appointment Type | Date/Time | Hospital | Provider |
|---|---|---|---|---|
| | | | | |

To make your life a little easier, you can now schedule Nyla's next preventive care appointment online  and experience a whole lot more at Banfield.com! Membership in our Optimum Wellness Plan® program will also enable you to view her  medical records online 24-hours a day! Please talk with your hospital team about enrolling on a Wellness Plan to take advantage of the many program benefits. Use your unique client ID to register: ONT0EP3 with Banfield.com!

*To help prevent fraudulent use of your account and maintain confidentiality of your records, we strongly recommend that you do not share your Banfield Client ID # with anyone, under any circumstances, and that you keep it, and all documents containing this number, secure or dispose of them accordingly.*

Report ID:  Invoice.en.x
Time Printed:  5:56 PM

Hospital #1738
All sales on medication and services are final

Page  1 of 2
Date Printed: 7/24/2025

Kimberly Dennie
7488 Yellow Jasmine Dr
Highland, CA 923463862
Cell Phone: (951) 703-8990
kimdennie83@outlook.com



Client ID # ONT0EP3

**Invoice # 173032**

**Thursday, July 24, 2025**

**Banfield Pet Hospital**
**4120-B E 4th St,**
**Ontario, CA 91764-1764**
**(909) 980-3842**

By providing telephone number(s) to Medical Management International, Inc. ('Banfield'), you have given permission to Banfield or its agent to use automated technology to send certain kinds of prerecorded voice and/or text messages to those numbers. These messages may contain appointment reminders and information about product recalls and your account, including amounts past due.

**Banfield Hospital Hours**

| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
|---|---|---|---|---|---|---|
| 7:00 AM - 6:00 PM | 7:00 AM - 6:00 PM | 7:00 AM - 6:00 PM | 7:00 AM - 6:00 PM | 7:00 AM - 6:00 PM | 7:00 AM - 6:00 PM | Closed |

**For holiday hours, please call us at (909) 980-3842**
**Hospital hours are subject to change; Doctor hours may vary.**
**Please call for an appointment but walk-ins are always welcome!**

If you have any questions about your pet's progress or medication - please call.

Together for the life of your pet. Thank you for telling your friends about  Banfield Pet Hospital

Report ID:  Invoice.en.x
Time Printed:  5:56 PM

Hospital #1738
All sales on medication and services are final

Page  2 of 2
Date Printed:  7/24/2025

Kimberly  Dennie
7488 Yellow Jasmine Dr
Highland, CA  923463862
Cell Phone: (951) 703-8990
kimdennie83@outlook.com

**Banfield**
PET HOSPITAL

**Examination Report**

**Thursday, July 24, 2025**

Banfield Pet Hospital
4120-B E 4th St
Ontario, CA 91764-1764
(909) 980-3842

| Nyla Dennie | |
|---|---|
| Date of Birth | 12/12/2022 |
| Wellness Plan Level | |
| Veterinarian | Dr. Seungbong Choi |

| Overall Condition | |
|---|---|
| Weight | This visit: 32.40 Lbs/14.70 Kgs |
| Body Condition Score (1 to 9) | 2:  Too Thin |
| Overall Assessment | |
| Diet | |

## WHAT DID WE DO FOR NYLA TODAY?

| Preventive Care | Why is this important? |
|---|---|
| | |

## WHAT WERE NYLA'S EXAM RESULTS?

| Congratulations!  Your pet's health appears to be normal in all of the following areas: | | |
|---|---|---|
| Coat/Skin | Eye(s) | Ear(s) |
| Lungs | Heart | Abdomen |
| Urinary/Reproductive | Rectum/Perineum | Musculoskeletal |
| General Neurological | Behavioral | |

| There were some exam findings outside the normal range: | |
|---|---|
| Area:  Mouth/Nose | Finding:  Dental issue |

Recommendation:  Your veterinarian will perform a thorough oral examination and make recommendations for the best options for treatment and/or prevention, which may include dental assessment and cleaning under general anesthesia in some cases.

| Preventive care due in the future: | |
|---|---|
| Heartworm Prevention | Flea Prevention |
| Roundworms | Hookworms |
| Rabies | DAPP |
| Leptospirosis | Bordetella |
| Dental Prophylaxis | Heartworm Test |
| Fecal Exam | |

| Access your pet's medical records online at anytime!  Visit www.Banfield.com | |
|---|---|
| **Need to setup your online account?** | Go to www.Banfield.com and use your unique client ID to register.  Your invitation code = ONT0EP3 |

Kimberly  Dennie
7488 Yellow Jasmine Dr
Highland, CA  923463862
Cell Phone: (951) 703-8990
kimdennie83@outlook.com



**Banfield**
PET HOSPITAL

**Examination Report**

**Thursday, July 24, 2025**

Banfield Pet Hospital
4120-B E 4th St
Ontario, CA 91764-1764
(909) 980-3842

Thank you for bringing Nyla in today.  We value your commitment to your pet's health and look forward to continuing our partnership to provide the very best care for many years to come.  If you have any questions please contact us at (909) 980-3842. We look forward to seeing you at your next visit.

**Kimberly Dennie**
7488 Yellow Jasmine Dr
Highland, CA  923463862
Cell Phone: (951) 703-8990
kimdennie83@outlook.com

**Banfield**
PET HOSPITAL

**Outpatient Therapy
Recommendations**

Banfield Pet Hospital
4120-B E 4th St
Ontario, CA 91764-1764
(909) 980-3842

**Thursday, July 24, 2025 5:56 PM**

---

| **Patient:** Nyla | **Visit Date:** | 7/24/2025 |
| --- | --- | --- |
| | **Presenting Complaint:** | Preventive Care -- Adopted Pet Exam |

---

*Topic:*  **DENTAL TARTAR, GINGIVITIS, PERIODONTAL DISEASE**

Dental calculus is composed of various mineral salts, organic material, bacteria, saliva, and food particles.  In the early stages of accumulation, the material is soft and is termed dental plaque. Plaque can be removed by daily brushing. As time passes, the plaque becomes hardened and adheres to the teeth. At this point, the plaque becomes a dental calculus. Calculus (plural, calculi) builds up above and below the gum line. Calculus is visible as a yellow to brown material on the tooth surface, usually near the gum, and cannot be removed by brushing.

Gingivitis is the result of continual accumulation of dental calculi, causing pressure, inflammation, and infection of the gums (also called gingival tissue, or the gingival line). Gingival tissue may appear swollen, reddened, and may be painful. At this stage, there is no loss of any underlying supportive structures of the teeth.

Periodontal disease is the result of progressive gingivitis and represents damage to or loss of the tissues that help support the teeth. These tissues include the gingiva, ligaments, and underlying bone. Radiographs (x-rays) may be necessary to determine the extent of underlying disease. There are 4 stages of periodontal disease, with stage 4 being the most severe. Refer to the Dental Care Client Brochure for more details.

It is currently known that some of the internal diseases of dogs and cats may be caused by diseased teeth and gums. Bacteria can travel through the blood stream to vital organs like the heart, liver, lungs, and kidneys and cause damage. The American Veterinary Dental College recommends an annual veterinary dental cleaning, along with daily home care. Good home dental care, including tooth brushing, can reduce the formation of dental calculus and help slow the progression of periodontal disease.

Treats that help control the development of dental calculus, specific diets for dental health, and certain chew toys can also be helpful. Look for the Veterinary Oral Health Council (VOHC) seal on dental products.  The VOHC group independently evaluates products and identifies those that help control the development of dental calculi.

Please contact your Banfield hospital team to ask questions regarding your pet's dental health.  When recommended, please call to schedule your pet's dental cleaning.

Refer to the following for additional information:

American Veterinary Dental College website (www.avdc.org)

American Animal Hospital Association Dental Guidelines
(https://www.aaha.org/public_documents/professional/guidelines/dental_guidelines.pdf)

Veterinary Oral Health Council website (www.VOHC.org)

---

Kimberly  Dennie
7488 Yellow Jasmine Dr
Highland, CA  923463862
Cell Phone: (951) 703-8990
kimdennie83@outlook.com



**Banfield**
PET HOSPITAL

**Receipt #000000199414**

Thursday, July 24, 2025 5:56 PM

Banfield Pet Hospital
4120-B E 4th St
Ontario, CA 91764-1764
(909) 980-3842

| Payment Received | Date | Method of Payment | Amount |
|---|---|---|---|
| | 7/24/2025 | Cash | $0.00 |

| **Banfield Hospital Hours** | | | | | | |
|---|---|---|---|---|---|---|
| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday |
| 7:00 am - 6:00 pm | 7:00 am - 6:00 pm | 7:00 am - 6:00 pm | 7:00 am - 6:00 pm | 7:00 am - 6:00 pm | 7:00 am - 6:00 pm | Closed |

**For holiday hours, please call us at (909) 980-3842**
**Hospital hours are subject to change; Doctor hours may vary.**
**Please call for an appointment but walk-ins are always welcome!**

If you have any questions about your pet's progress or medication - please call.
Together for the life of your pet.  Thank you for telling your friends about Banfield Pet
Hospital.

Report ID:  PaymentReceipt.en.x
Time Printed:  5:56 PM

Hospital #1738

All sales on medication and services are final

Page  1 of 1

Date Printed:  7/24/2025