UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY DENNIE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF MORENO VALLEY,<br><br>　　　　Defendant. | Case No. 5:25-cv-01957-SB-JPR<br><br><br>ORDER DISMISSING ACTION |

　　　The Court previously dismissed Plaintiff's first amended complaint and provided her with leave to amend her ADA claim and several of her state-law claims in a second amended complaint (SAC) by November 20, 2025. Plaintiff was warned that "[f]ailure to timely do so will result in dismissal of the federal claims with prejudice and the state claims without prejudice." Dkt. No. 22 at 3. Plaintiff failed to timely file an SAC. Therefore, pursuant to the prior order, this action is dismissed in its entirety.

　　　A final judgment will be entered separately.

Date: December 10, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　United States District Judge

1