JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY DENNIE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MORENO VALLEY,<br><br>　　　　Defendant. | Case No. 5:25-cv-01957-SB-JPR<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate orders dismissing the complaint and amended complaint (Dkt. Nos. 18, 22) and the dismissal order entered this date, it is ordered that Plaintiff Kimberly Dennie's claims are dismissed as follows: (1) the claims under the Indian Civil Rights Act, California Unruh Civil Rights Act, and Americans with Disabilities Act are dismissed on the merits with prejudice; and (2) the claims under the California Health & Safety Code and California Disabled Persons Act and the negligence claim are dismissed without prejudice for lack of subject-matter jurisdiction.

　　　This is a final judgment.

Date: December 10, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　United States District Judge